Form otfrcase

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

*In Re:* Leola Posley
*Debtor*

*Case No.:* 17–81129

*Chapter:* 13

## *ORDER*

**IT IS HEREBY ORDERED** that the above captioned case is transferred to U.S. Bankruptcy Court, Northern District of Illinois, Western Division.

**Entered:** 8/23/17

    /S/   Thomas L. Perkins
United States Bankruptcy Judge

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.